## R. D. Cunningham, Appellee, v. William P. Cagney, Appellant.

Gen. No. 43,673.

opinion
filed December 31, 1946; released for publication January 15, 1947. Charles J. Morgan, for appellant; Charles J. Morgan and Samuel M. Lanoff, of counsel; Erwin F. Stolle, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.